**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.** | |
| **Plaintiff,** | |
| | **Civil Action No. 6:14-cv-752** |
| **v.** | |
| | **Jury Trial Demanded** |
| **APPLE INC.,** | |
| **Defendant.** | |

**JOINT PROPOSED DOCKET CONTROL, DISCOVERY CONTROL, PHASED LIMITS, AND ESI ORDERS, AND MEDIATOR**

Core Wireless and Apple Inc. (hereafter referred to as "the parties") submit proposed docket control, discovery, and ESI orders pursuant to the Court's order on November 24, 2014. The parties' proposals for the Docket Control Order, Discovery Order, Phased Limits, and ESI Order that are agreed to are attached as Exhibits A-D.  The parties have come to agreement on all of the dates in the proposed docket control order and a majority of issues in each of the other orders but disagree over a small number of issues in the Protective Order.  The parties will submit separate filings with each party's reasons for its position on the disputed issues.

**PROPOSED DOCKET CONTROL ORDER**

The parties are in agreement concerning the Proposed Docket Control Order attached as Exhibit A and respectfully request the Court to enter the Order.

**PROPOSED DISCOVERY CONTROL ORDER**

The parties are in agreement concerning the Proposed Docket Control Order attached as Exhibit B and respectfully request the Court to enter the Order.

### PROPOSED ESI ORDER

The parties are in agreement concerning the Proposed ESI Order attached as Exhibit C and respectfully request the Court to enter the Order.

### PROPOSED PHASED LIMITS ORDER

The parties are in agreement concerning the Proposed Phased Limits Order attached as Exhibit D and respectfully request the Court to enter the Order.

### TRACK B CASE MANAGEMENT

The parties agree that Track B case management is not appropriate in this case for at least the following reasons primarily because the parties are already familiar with each other as a result of litigation between them since 2012.  Additionally, the parties understand that one of the goals of Track B case management is provide for early disclosures of damages-related materials to attempt to facilitate early settlement, which is of less urgency where the parties are involved in serial litigation—as is the case here—and thus the parties will not be starting from scratch with regard to damages like in the majority of new matters.  Accordingly, the parties agree that the Court's standard case management procedure should apply in this case.

### MEDIATOR

On Thursday, April 16, Core Wireless proposed as a mediator either Gary McGowan or Harlan Martin.  Apple proposed, and Core Wireless agreed, that the parties will continue their discussions to seek to reach agreement prior to the Scheduling Conference.

Dated:  April 20, 2015

By*:    /s/  Matthew F. Greinert*
Henry Bunsow (California SBN 60707)
Brian A.E. Smith (California SBN 188147)
Matthew F. Greinert (California SBN 239492)
Dino Hadzibegovic (California SBN 267489)
Robin Curtis (California SBN 271702)
**BUNSOW DE MORY SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Email:  hbunsow@bdiplaw.com
Email:  bsmith@bdiplaw.com
Email: mgreinert@bdiplaw.com
Email: dhadzibegovic @bdiplaw.com
Email: rcurtis@bdiplaw.com


Denise De Mory (California SBN 168076)
Craig Y. Allison (California SBN 161175)
Cliff Win (California SBN 270517)
**BUNSOW DE MORY SMITH & ALLISON LLP**
600 Allerton Street, Suite 101
Redwood City, CA  94063
Telephone:  (650) 351-7248
Facsimile:  (650) 351-7259
Email:  ddemory@bdiplaw.com
Email:  callison@bdiplaw.com
Email: cwin@bdiplaw.com


T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email:  jw@wsfirm.com
Email:  wh@wsfirm.com


**ATTORNEYS FOR PLAINTIFF**
**CORE WIRELESS LICENSING S.A.R.L.**

Respectfully Submitted,

By*:    /s/  Joseph J. Mueller*
Joseph J. Mueller
Massachusetts Bar No. 647567
John J. Regan
Massachusetts Bar No. 415120
Cynthia D. Vreeland
Texas Bar No. 20625150
Massachusetts Bar No. 635143
Kate Saxton (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR**
**LLP**
60 State Street
Boston, Massachusetts 02109 USA
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000
Email:  joseph.mueller@wilmerhale.com
Email:  John.Regan@wilmerhale.com


David R Smith
Massachusetts Bar No. 667130
**WILMER CUTLER PICKERING HALE & DORR**
**LLP**
1875 Pennsylvania Avenue, N W
Washington, DC 20006
Telephone: (202) 663-6117
Facsimile: (202) 663-6363
Email: David.Smith@wilmerhale.com


**ATTORNEYS FOR DEFENDANT**
**APPLE INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

Dated:  April 20, 2015

*/s/ Matthew F. Greinert*
Matthew F. Greinert
