# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS** | § | |
| **LICENSING S.A.R.L.,** | § | |
| *Plaintiff*, | § | **CIVIL NO. 6:14-CV-752-JRG-JDL** |
| | § | |
| **vs.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **APPLE INC.,** | § | |
| *Defendant*. | § | |

## <u>ORDER</u>

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Report and Recommendation of United States Magistrate Judge Love (Dkt. No. 81), granting Defendant Apple Inc.'s ("Apple") Motion to Dismiss Complaint (Dkt. No. 14), has been presented for consideration.  Plaintiff Core Wireless Licensing S.A.R.L. ("Core") has filed a Response and Objections to the Report and Recommendation (Dkt. No. 90) ("Objections").

Having reviewed Core's objections, the Court is of the opinion that the Magistrate Judge's conclusions are correct. Therefore, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court.  Apple's Motion to Dismiss Complaint (Dkt. No. 14) is **GRANTED**, and Core's claims for induced and contributory infringement are **DISMISSED WITHOUT PREJUDICE**.  Core is granted leave to amend its initial complaint pursuant to Federal Rule of Civil Procedure 15(a).  Such amended complaint must be filed within 14 days of this date.

**So ORDERED and SIGNED this 13th day of August, 2015.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE