IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CIVIL ACTION NO. 6:14-cv-751-JRG-JDL <br> CIVIL ACTION NO. 6:14-cv-752-JRG-JDL <br><br> JURY TRIAL DEMANDED |

## CORE WIRELESS LICENSING S.A.R.L.'S UNOPPOSED MOTION TO WITHDRAW HENRY C. BUNSOW AS COUNSEL OF RECORD

Plaintiff, Core Wireless in the above-entitled and numbered civil action, respectfully moves the Court to allow Henry C. Bunsow to withdraw as its counsel of record. Core Wireless further requests that Henry C. Bunsow be removed from the list of attorneys receiving CM/ECF notices for the above-entitled and numbered civil action.

Dated:  October 26, 2015                          Respectfully Submitted,

By:   */s/ Henry C. Bunsow*
Henry C. Bunsow (California SBN 60707)
Brian A.E. Smith (California SBN 188147)
Dino Hadzibegovic (California SBN 267489)
Robin Curtis (California SBN 271702)
BUNSOW, DE MORY, SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Email:  hbunsow@bdiplaw.com
Email:  bsmith@bdiplaw.com

Email: dhadzibegovic@bdiplaw.com
Email: rcurtis@bdiplaw.com

Denise M. De Mory (California SBN 168076)
Craig Y. Allison (California SBN 161175)
Cliff Win (California SBN 270517)
BUNSOW, DE MORY, SMITH & ALLISON LLP
701 El Camino Real
Redwood City, CA  94063
Telephone:  (650) 351-7248
Facsimile:  (650) 351-7259
Email:  ddemory@bdiplaw.com
Email:  callison@bdiplaw.com
Email: cwin@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
WARD & SMITH LAW FIRM
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email:  jw@wsfirm.com
Email:  wh@wsfirm.com

*Attorney for Plaintiff*
*Core Wireless Licensing S.A.R.L.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

*/s/ Henry C. Bunsow*
Henry C. Bunsow

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel has complied with the meet and confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is unopposed.

*/s/ Henry C. Bunsow*
Henry C. Bunsow