UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br>         Plaintiff, <br>     v. <br> APPLE INC, <br>         Defendant. | Case No. 15-cv-05008-PSG <br><br> **CASE SCHEDULING ORDER** <br><br> **(Re: Docket No. 173)** |

Based on the parties' joint case management statement[1] and the case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the parties will bring any discovery disputes to the court through a letter briefing procedure. If, after conducting good faith meet-and-confer efforts in person or by telephone, counsel are unable to resolve a discovery dispute, the moving party shall file with the court a letter brief no longer than 4 pages outlining the issues in dispute and the requested relief. Within 7 days, the opposing party may file a letter brief no longer than 4 pages explaining its position on the disputed issues. If necessary, the court will schedule a hearing, which the parties may attend telephonically. The court will resolve the dispute either by a written order or on the record at the hearing.

IT IS FURTHER ORDERED that Defendant Apple, Inc. may file a renewed motion to

---

[1] *See* Docket No. 173.

Case No. 15-cv-05008-PSG
CASE SCHEDULING ORDER

1

dismiss Plaintiff Core Wireless Licensing S.a.r.l.'s contract and related declaratory judgment claims no later than January 14, 2016. The parties will brief the motion in accordance with Civ. L.R. 7.

IT IS FURTHER ORDERED that, in light of the parties' substantial progress in the claim construction process before this case was transferred to this court, a full set of claim construction briefing is unnecessary. Instead, in addition to the joint claim construction and prehearing statement, each party will submit a single claim construction brief not to exceed 25 pages in length by March 24, 2016.[2] Neither party may adopt or argue a claim construction position that is inconsistent with a position that the party advanced in its prior briefing in this case.

IT IS FURTHER ORDERED that the parties are referred to United States Magistrate Judge Howard Lloyd for a settlement conference. The parties shall contact Judge Lloyd directly to schedule the conference.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Deadline to File Motion to Dismiss | January 14, 2016 |
| Joint Claim Construction and Prehearing Statement (Pat. L.R. 4-3) | February 18, 2016 |
| Deadline to Submit Technical Tutorials (if any) | March 10, 2016 |
| Claim Construction Briefing Deadline | March 24, 2016 |
| *Markman* Hearing | April 18, 2016 |
| Fact Discovery Cut-Off | June 2, 2016 |
| Opening Expert Reports | July 7, 2016 |
| Rebuttal Expert Reports | July 28, 2016 |
| Dispositive Motions Filing Deadline | September 1, 2016 |
| Dispositive Motions Hearing | October 18, 2016 at 10:00 AM |
| Pre-Trial Conference | November 15, 2016 at 10:00 AM |

---

[2] The parties may stipulate to a different page limit, subject to the court's approval.

Jury Trial ................................................................................... December 5, 2016 at 9:30 AM

**SO ORDERED.**

Dated: December 21, 2015

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge