MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304
TELEPHONE: (650) 858-6000
FACSIMILE: (650) 858-6100

JOSEPH J. MUELLER (*pro hac vice*)
CYNTHIA D. VREELAND (*pro hac vice*)
RICHARD W. O'NEILL (*pro hac vice*)
joseph.mueller@wilmerhale.com
cynthia.vreeland@wilmerhale.com
richard.oneill@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 STATE STREET
BOSTON, MA 02109
TELEPHONE: (617) 526-6000
FACSIMILE: (617) 526-5000

*Attorneys for Defendant and
Counterclaim-Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 5:15-cv-5008-PSG <br><br> **STIPULATED REQUEST TO CONTINUE HEARING ON APPLE INC.'S PARTIAL MOTION TO DISMISS** |

Pursuant to Civil L.R. 7-12, 7-7(b) and 6-1, the parties hereto stipulate to this joint request for continuance of the hearing on Apple's Partial Motion to Dismiss Counts III and IV of the Amended Complaint currently set for February 23, 2016. The parties request that the hearing on Apple's motion to dismiss be continued to 10:00 am on Tuesday, March 8, 2016.

STIPULATED REQUEST TO CONTINUE MOTION TO DISMISS HEARING      Case No. 5:15-cv-5008
1

In support of this stipulated request, the parties state as follows:

1. Apple filed its motion to dismiss on January 14, 2016. (Dkt. No. 180.) In its motion, Apple noticed the motion for a hearing on February 23, 2016. *Id.*
2. Apple's lead counsel is now unable to attend the February 23, 2016 hearing date due to a scheduling conflict that arose after Apple filed its motion to dismiss.
3. Counsel for both parties are available to attend a hearing on Apple's motion to dismiss on March 8, 2016.
4. The parties have not previously stipulated to, or requested a continuation of, the hearing date for Apple's motion to dismiss.

WHEREFORE, the parties respectfully request that the Court to enter an order continuing the February 23, 2016 hearing for Apple's motion to dismiss until March 8, 2016.

Dated: February 17, 2016

Respectfully submitted,

*/s/Alexander C.D. Giza*
Alexander C.D. Giza (SBN 212327)
Padraic W. Foran (SBN 268278)
HUESTON HENNIGAN LLP
523 W. 6th St., Suite 400
Los Angeles, CA 90014
Telephone:(213) 788-4340
Facsimile:(888) 775-0898

*Counsel for Plaintiff Core Wireless Licensing, S.a.r.l.*

*/s/Joseph J. Mueller*
Mark D. Selwyn (SBN 244180)
mark.selwyn@Wilmerhale.Com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
Cynthia D. Vreeland (*pro hac vice*)
Richard W. O'Neill (*pro hac vice*)

| | |
|---|---|
| 1 | joseph.mueller@wilmerhale.com |
| 2 | cynthia.vreeland@wilmerhale.com |
| | richard.oneill@wilmerhale.com |

WILMER CUTLER PICKERING<br>
HALE AND DORR LLP<br>
60 State Street<br>
Boston, MA 02109<br>
Telephone: (617) 526-6000<br>
Facsimile: (617) 526-5000<br>
<br>
*Counsel for Defendant Apple, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated _____

_____
The Honorable Paul S. Grewal
United States Magistrate Judge

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: February 17, 2016

*/s/Joseph J. Mueller*
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Counsel for Defendant Apple, Inc.*