Alexander Giza, State Bar No. 212327
agiza@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:    (888) 775-0898

Attorneys for Plaintiff
Core Wireless Licensing, S.a.r.l.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING, S.A.R.L., <br><br> Plaintiff and Counterdefendant, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant and Counterclaimant. | Case No. 5:15-cv-05008-PSG <br><br> [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS CLAIM FOR DECLARATORY JUDGMENT OF FRAND ROYALTY RATE WITHOUT PREJUDICE <br><br> DEMAND FOR JURY TRIAL |

Before this Court is the parties' Joint Motion to Dismiss Claim for Declaratory Judgment of FRAND Royalty Rate Without Prejudice. After considering the motion, it is hereby ORDERED that Core Wireless's claim for a declaratory judgment of a FRAND royalty rate is dismissed without prejudice, and without prejudice to any procedural and substantive arguments against that claim.

Dated: February 18, 2016

_____
Honorable Paul Singh Grewal
Magistrate Judge, United States District Court