# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

_____
www.cand.uscourts.gov

Susan Y. Soong                                             General Court Number
Clerk of Court                                                  415 522-2200


CASE NUMBER: 5:15-cv-05008-PSG
CASE TITLE: Core Wireless Licensing S.a.r.l. v. Apple Inc.


## REASSIGNMENT ORDER

Magistrate Judge Paul S. Grewal resigned from the court on June 3, 2016. In order to avoid delay during the vacancy and to facilitate prompt disposition of this case, this matter is reassigned without regard to venue provisions.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to Magistrate Judge Nathanael M. Cousins for all further proceedings.

The parties are instructed that all future filings shall bear the initials NC immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE MAGISTRATE JUDGE NATHANAEL M. COUSINS.

ALL OTHER DEADLINES ASSOCIATED WITH THIS CASE REMAIN SET AS PREVIOUSLY ORDERED.

Date: June 6th, 2016


FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong*
_____
CLERK OF COURT