UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING S.a.r.l.,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 15-cv-5008 NC<br><br>**ORDER DENYING REQUEST TO EXTEND CASE SCHEDULE; AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 216 |

This case was recently transferred to me. Before the transfer, plaintiff moved to extend the case schedule. Dkt. No. 216. The motion is denied for lack of good cause. I intend to keep as much as possible the case schedule set by my predecessor, including:

- Jury trial: 12/5/2016 San Jose, courtroom TBD
- Pretrial conference: 11/16/2016 2:00 p.m.
- Last day for summary judgment hearing: 10/19/2016
- I also set a case management conference for June 14 at 11:00 a.m., in San Jose Courtroom 7, to discuss the case schedule, including a limited extension of fact discovery. The parties must file an updated joint case management statement by June 13.

**IT IS SO ORDERED.**

Dated: June 8, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-5008 NC