**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORE WIRELESS LICENSING, S.A.R.L.,<br><br>            Plaintiff,<br>    vs.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 15-cv-05008-NC<br><br>**ORDER FOLLOWING PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL**<br><br>Re: Dkt. No. 251 |

The Court today received plaintiff's Notice of Change in Counsel, indicating that Hueston Hennigan LLP and its attorneys seek to withdraw from the case. Under NDCA Civil Local Rule 11-5(a), counsel "may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Therefore, plaintiff must refile the request with a proposed order. The amended request must specify whether and when Core Wireless Licensing was given written notice of the proposed withdrawal. Furthermore, the amended request must identify the lead counsel and all remaining counsel on the case for Core Wireless if the withdrawal is granted.

IT IS SO ORDERED.

Dated: June 20, 2016

_____
Honorable Nathanael Cousins
Magistrate Judge, United States District Court