1  Alexander Giza (CA SBN 293601)
   HUESTON HENNIGAN LLP
2  523 W. 6th Street
   Los Angeles, CA 90014
3  Telephone:   (213) 788-4340
   Facsimile:   (888) 775-0898
4
   Marc A. Fenster (CA SBN 181067)
5  RUSS, AUGUST & KABAT
   12424 Wilshire Boulevard
6  Twelfth Floor
   Los Angeles, California 90025
7  Telephone: (310) 826-7474
   Facsimile: (310) 826-6991
8
   Attorneys for Plaintiff
9  Core Wireless Licensing, S.a.r.l.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Core Wireless Licensing, S.a.r.l., | Case No. 5:15-cv-05008-NC |
| Plaintiff, | **ORDER GRANTING AMENDED REQUEST TO WITHDRAW AS COUNSEL** |
| vs. | |
| Apple Inc., | |
| Defendant. | |

Hueston Hennigan LLP and the following attorneys thereof seek to withdraw as counsel of record for Plaintiff Core Wireless Licensing, S.a.r.l. in the above-captioned action.

ALEXANDER C.D. GIZA
ANDREW J. JUNKER
C. MITCHELL HENDY
MICHAEL J. STEPHAN
PADRAIC W. FORAN
STANLEY H. CHEN
THERESA M. TROUPSON
XINLIN LI MORROW
ZACHARY T. ELSEA

As the Court finds satisfactory reasoning for this withdrawal and that the granting of this Request will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that the Request is GRANTED and Alexander C.D. Giza, Andrew J. Junker, C. Mitchell Hendy, Michael J. Stephan, Padraic W. Foran, Stanley H. Chen, Theresa M. Troupson, Xinlin Li Morrow, and Zachary T. Elsea are hereby terminated as counsel in this action.

IT IS SO ORDERED

Dated:   June 20, 2016          By: _____
                                Hon. Nathanael M. Cousins
                                Magistrate Judge, United States District Court

GRANTED
Judge Nathanael M. Cousins