UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC, <br><br> Defendant. | Case No.15-cv-05008-NC <br><br> **ORDER TO SHOW CAUSE RE: PRO HAC VICE REQUEST** <br><br> Re: Dkt. No. 258 |

Core Wireless seeks to admit Douglas Lichtman to this Court pro hac vice. The Northern District Local Rule 11-3(b) states:

> Unless authorized by an Act of Congress or by an order of the assigned judge, an applicant is not eligible for permission to practice *pro hac vice* if the applicant:
>
> **(1)** Resides in the State of California; or
>
> **(2)** Is regularly engaged in the practice of law in the State of California. This disqualification shall not be applicable if the *pro hac vice* applicant (i) has been a resident of California for less than one year; (ii) has registered with, and completed all required applications for admission to, the State Bar of California; and
>
> **(3)** Has officially registered to take or is awaiting his or her results from the California State Bar exam.

Lichtman appears to reside in California, thus Core Wireless must show cause by September 1, 2016, why the Court should permit Lichtman to appear pro hac vice.

**IT IS SO ORDERED.**

Dated: August 26, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-05008-NC