Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
Cynthia D. Vreeland (*pro hac vice*)
Richard W. O'Neill (*pro hac vice*)
joseph.mueller@wilmerhale.com
cynthia.vreeland@wilmerhale.com
richard.oneill@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Defendant and
Counterclaim-Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 5:15-cv-5008-NC <br><br> **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil L.R. 7-11 and 79-5, Defendant Apple Inc. ("Apple") hereby moves for an order to seal certain portions of the unredacted version of its Motion to Preclude Certain Testimony and Opinions of Stephen E. Dell ("Apple's *Daubert* Motion").[1]

As detailed in the Declaration of Joseph J. Mueller Regarding Apple's Administrative Motion to File Documents Under Seal, the highlighted portions of the unredacted version of Apple's *Daubert* Motion contain or discuss information that has been designated "Restricted – Attorneys' Eyes Only" by Apple, Plaintiff Core Wireless Licensing, S.a.r.l. ("Core Wireless") and/or third party Nokia Corp.("Nokia") pursuant to the Protective Order entered in this case. Apple expects that Core Wireless and/or Nokia will file the required supporting declarations in accordance with Civil L.R. 79-5(e) as necessary to confirm whether the information should be sealed.

Apple is mindful that the Court has encouraged the parties to file *Daubert* briefing without redactions (Dkt. 286). While Apple has tried to minimize the extent of sealing necessary, Apple's motion relates to issues implicating confidential information belonging to Apple, Core Wireless, and Nokia, and which Apple could not fully explicate without reference to confidential information.

Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Core Wireless's counsel on October 13, 2016 regarding this motion to seal. Core Wireless does not oppose Apple's Motion to Seal regarding Apple's *Daubert* Motion as a procedural mechanism.

For the foregoing reasons, Apple respectfully requests sealing of the highlighted portions of the unredacted version of Apple's *Daubert* Motion.

Dated: October 13, 2016

APPLE INC.

By: */s/ Joseph J. Mueller*

---

[1] Pursuant to the Court's Order on *Daubert* Briefing (Dkt. No. 286), Apple has also filed Exhibits 1, 3, 4 and 5 to its motion under seal, and will file a single, joint administrative request to seal these exhibits after *Daubert* briefing is complete and before the pretrial conference.

APPLE INC.'S ADMINISTRATIVE MOTION  Case No. 5:15-cv-5008-NC
TO FILE DOCUMENTS UNDER SEAL

- 1 -

|   |   |
|---|---|
| 1 | Mark D. Selwyn (SBN 244180) |
| 2 | mark.selwyn@wilmerhale.com |
|   | WILMER CUTLER PICKERING |
| 3 |    HALE AND DORR LLP |
|   | 950 Page Mill Road |
| 4 | Palo Alto, CA 94304 |

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
Cynthia D. Vreeland (*pro hac vice*)
Richard W. O'Neill (*pro hac vice*)
joseph.mueller@wilmerhale.com
cynthia.vreeland@wilmerhale.com
richard.oneill@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system on October 13, 2016 on counsel of record for Core Wireless Licensing S.a.r.l.  I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 13, 2016

                             /s/ Joseph J. Mueller
                             Joseph J. Mueller