1  Mark D. Selwyn (SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5
   Joseph J. Mueller (*pro hac vice*)
6  Cynthia D. Vreeland (*pro hac vice*)
   Richard W. O'Neill (*pro hac vice*)
7  joseph.mueller@wilmerhale.com
   cynthia.vreeland@wilmerhale.com
8  richard.oneill@wilmerhale.com
   WILMER CUTLER PICKERING
9     HALE AND DORR LLP
   60 State Street
10 Boston, MA 02109
   Telephone: (617) 526-6000
11 Facsimile: (617) 526-5000

12 *Attorneys for Defendant and
   Counterclaim-Plaintiff Apple Inc.*
13

14 **UNITED STATES DISTRICT COURT**

15 **NORTHERN DISTRICT OF CALIFORNIA**

16 **SAN JOSE DIVISION**

17

18 CORE WIRELESS LICENSING S.A.R.L.,                Case No. 5:15-cv-5008-NC

19                                                  **APPLE INC.'S NOTICE REGARDING
                        Plaintiff,                  CORE WIRELESS LICENSING S.A.R.L.'S**
20                                                  **ADMINISTRATIVE MOTION TO FILE**
21   v.                                             **DOCUMENTS UNDER SEAL (DKT. NO.
                                                    294)**
22   APPLE INC.,

23
                        Defendant.
24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Core Wireless Licensing S.a.r.l. ("Core Wireless") has filed an Administrative Motion to File Under Seal Documents Relating to Its *Daubert* Motion (Dkt. No. 294). Apple Inc. ("Apple") does not maintain a claim of confidentiality over any portion of Core Wireless's brief in support of its Motion to Exclude Certain Testimony of Defendant's Experts (Dkt. No. 294-4).

Dated: October 17, 2016

           APPLE INC.

           By: */s/ Joseph J. Mueller*

              Mark D. Selwyn (SBN 244180)
              mark.selwyn@wilmerhale.com
              WILMER CUTLER PICKERING
                 HALE AND DORR LLP
              950 Page Mill Road
              Palo Alto, CA 94304
              Telephone: (650) 858-6000
              Facsimile: (650) 858-6100

              Joseph J. Mueller (*pro hac vice*)
              Cynthia D. Vreeland (*pro hac vice*)
              Richard W. O'Neill (*pro hac vice*)
              joseph.mueller@wilmerhale.com
              cynthia.vreeland@wilmerhale.com
              richard.oneill@wilmerhale.com
              WILMER CUTLER PICKERING
                 HALE AND DORR LLP
              60 State Street
              Boston, MA 02109
              Telephone: (617) 526-6000
              Facsimile: (617) 526-5000

              *Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.*

APPLE'S NOTICE RE ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

Case No. 5:15-cv-5008-NC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system on October 17, 2016 on counsel of record for Core Wireless Licensing S.a.r.l.  I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 17, 2016

　　　　　　　　　　　　　　　　　　 */s/ Joseph J. Mueller*
　　　　　　　　　　　　　　　　　　Joseph J. Mueller