UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORE WIRELESS LICENSING S.A.R.L.,

    Plaintiff,

    v.

APPLE INC,

    Defendant.

Case No. 15-cv-05008 NC

**ORDER AFTER PRETRIAL CONFERENCE**

In preparation for trial, the Court makes the following rulings:

1. Each side is limited to 250 exhibits. The updated exhibit lists are due to the Court by November 28, 2016.

2. The parties must submit updated witness lists and should limit the number of "may call" witnesses to only those potential rebuttal witnesses. The updated lists are due by November 28, 2016.

3. The parties represented that they have further stipulations about the scope of the trial. By November 23, 2016, the parties must submit an updated statement of the case and inform the Court of all the remaining questions to be tried by the jury.

4. In accordance with the adjustments made to the scope of the case, the parties should continue to meet and confer about final jury instructions. An updated set of jury instructions is due by November 30, 2016. A word document with the instructions should be sent to the Court's proposed order inbox.

Case No. 15-cv-05008 NC

5. The parties must submit a proposed jury questionnaire, and any updated voir dire questions, by November 28, 2016.

6. The Court expects the jury questionnaires to be completed as early as 9 a.m. Each party must have at least one attorney or authorized individual available in the courtroom to pick up and photocopy the completed questionnaires. The parties must make two copies of the questionnaires for the Court and promptly deliver those copies to the courtroom deputy once copying is complete. The Court will retain the originals in the San Jose courthouse under seal. After the completion of trial, the parties must certify that they have destroyed or returned all copies of the questionnaires.

7. The parties must coordinate with the courtroom deputy to set up electronic equipment before the start of trial.

8. The parties must confer further and submit a stipulation or proposal on sealing procedures by November 28, 2016.

**IT IS SO ORDERED.**

Dated: November 18, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge