UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.15-cv-05008-NC <br><br> **ORDER FOR A JOINT VERDICT FORM** |

In the pretrial submissions, Apple submitted a proposed verdict form (dkt. no. 329) that is now outdated from the claims in the case. It appears that Core Wireless did not submit a proposed verdict form.

Thus, the parties must meet and confer about a verdict form and submit to the Court a joint verdict form by December 8, 2016, at 9:00 p.m. on the docket. If there are any objections or disagreements, they should be noted on the joint submission.

**IT IS SO ORDERED.**

Dated: December 7, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-05008-NC