UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.15-cv-05008-NC <br><br> **ORDER FOR TRIAL SEALING PROPOSED ORDER** |

During the trial of this case, the parties submitted daily motions to seal trial exhibits, testimony, and transcripts. The Court finds that the parties have provided sufficient compelling reason to seal the materials presented in the requests and at trial. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Court is inclined to grant the sealing requests, except the request to seal any portion of the closing arguments.

To aid in a clear record of the trial exhibits and testimony, the parties must provide a single proposed order for all trial material, preferably in chart format, by December 19, 2016. There is no need to provide additional declarations with this proposed order. Only materials actually presented at trial should be included. This order should include both admitted exhibits and trial testimony (identified by transcript page and line).

Case No. 15-cv-05008-NC

**IT IS SO ORDERED.**

Dated: December 15, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge