FILED

DEC 15 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | Case No. 15-cv-5008 NC |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| APPLE INC., | |
| Defendant. | |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous. Some of the questions contain legal terms that are explained in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions:

Case No. 15-cv-5008 NC

1.   **Has Core Wireless proven by a preponderance of the evidence that Apple infringes the '151 patent?**

        Yes __X__            No _____

2.   **Has Apple proven by clear and convincing evidence that the '151 patent is invalid?**

        Yes as anticipated   _____

        Yes as obvious      _____

        No                 __X__

3.   **If you found that the '151 patent is infringed and not invalid, what amount do you find is a reasonable royalty for the '151 patent?**

        $ _3,400,000_ — THREE MILLION FOUR HUNDRED THOUSAND

*Is the amount of money you awarded a one-time lump sum for past and future sales, or a royalty for past sales only (check one)?*

        One-time lump sum ☒    OR    Royalty for past sales ☐

United States District Court
Northern District of California

4.  **Has Core Wireless proven by a preponderance of the evidence that Apple infringes the '536 patent?**

Yes ___X___                 No _____

5.  **Has Apple proven by clear and convincing evidence that the '536 patent is invalid?**

Yes as anticipated     _____

No                            ___X___

6.  **If you found that the '536 patent is infringed and not invalid, what amount do you find is a reasonable royalty?**

$ _3,900,000_ — THREE MILLION NINE HUNDRED THOUSAND

*Is the amount of money you awarded a one-time lump sum for past and future sales, or a royalty for past sales only (check one)?*

One-time lump sum [X]     OR     Royalty for past sales ☐

---

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict.

---

Date: December ___15___, 2016        Signature: _Emilio Davis_

                                                              **Presiding Juror**

United States District Court
Northern District of California