UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC, <br><br> Defendant. | Case No.15-cv-05008-NC <br><br> **ORDER ON PRE-JUDGMENT AND POST-JUDGMENT INTEREST** <br><br> Re: Dkt. No. 477 |

Core Wireless seeks an award of pre-judgment and post-judgment interest. Dkt. No. 477. Apple agrees that Core Wireless is entitled to additional funds, but disagrees about the calculation of the interest. Dkt. No. 485. Thus, the Court rules as follows:

1. Post-judgment interest will be calculated in accordance with 28 U.S.C. § 1961.
2. The Court adopts Apple's argument that pre-judgment interest should be in accordance with the U.S. Treasury Bill rate. *Apple Inc. v. Samsung Elecs. Co.*, 67 F. Supp. 3d 1100, 1121 (N.D. Cal. 2014).
3. Pre-judgment interest will accrue from the date Core Wireless filed suit. The court declines to make a factual finding at this post-judgment proceeding as to when Apple was on notice of the infringement allegations.

//

Case No.15-cv-05008-NC

The parties must meet and confer about the calculation of this additional amount. Core Wireless must submit a proposed amended judgment within 7 days.

**IT IS SO ORDERED.**

Dated:  April 27, 2017                                  _____
                                                                               NATHANAEL M. COUSINS
                                                                               United States Magistrate Judge