RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Benjamin T. Wang (CA SBN 228712)
Email: bwang@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Adam S. Hoffman (CA SBN 218740)
Email: ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
CORE WIRELESS LICENSING S.A.R.L.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | **Case No. 5:15-cv-05008-NC** <br><br> **AMENDED JUDGMENT** |

In accordance with the jury's December 15, 2016, verdict that Apple infringes the '151 and '536 patents and that the patents are not invalid (Dkt. 466), the Court's December 22, 2016, order finding the '151 patent enforceable (Dkt. 472), and the Court's April 27, 2017 order denying Apple's post-trial motions (Dkt. 501), judgment is entered in favor of Core Wireless and against Apple in the amount of $7,300,000 plus, pursuant to the Court's order at Dkt. 502, $38,557 in pre-judgment interest. Core Wireless is the prevailing party and is entitled to its costs. The total judgment including pre-judgment interest is to accrue post-judgment interest pursuant to 28 U.S.C § 1961.

**IT IS SO ORDERED.**

Dated: May 5, 2017

_____
Honorable Na[thanael M. Cousins]
United St[ates Magistrate Judge]

GRANTED
Judge Nathanael M. Cousins