Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
Cynthia D. Vreeland (*pro hac vice*)
Richard W. O'Neill (*pro hac vice*)
joseph.mueller@wilmerhale.com
cynthia.vreeland@wilmerhale.com
richard.oneill@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | Case No. 5:15-cv-5008-NC |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| APPLE INC., | |
| Defendant. | |

1   Notice is hereby given that Defendant Apple Inc. ("Apple") appeals to the United States

2   Court of Appeals for the Federal Circuit the amended judgment dated May 5, 2017 (Dkt. No.

3   595), including all judgments and orders subsidiary thereto or subsumed therein, including, but

4   not limited to the order dated June 3, 2015 regarding claim construction (Dkt. No. 222), the

5   judgment dated December 22, 2016 (Dkt. No. 473), and the order dated April 27, 2017 denying

6   Apple's motions for judgment as a matter of law and for a new trial, and to alter the judgment

7   regarding unenforceability (Dkt. No. 501).

9   Dated: May 24, 2017                    APPLE INC.

10                                         By:  */s/ Joseph J. Mueller*

12                                             Mark D. Selwyn (SBN 244180)
                                               mark.selwyn@wilmerhale.com
13                                             WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
14                                             950 Page Mill Road
                                               Palo Alto, CA 94304
15                                             Telephone: (650) 858-6000
                                               Facsimile: (650) 858-6100

17                                             Joseph J. Mueller (*pro hac vice*)
                                               Cynthia D. Vreeland (*pro hac vice*)
18                                             Richard W. O'Neill (*pro hac vice*)
                                               joseph.mueller@wilmerhale.com
19                                             cynthia.vreeland@wilmerhale.com
                                               richard.oneill@wilmerhale.com
20                                             WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
21                                             60 State Street
                                               Boston, MA 02109
22                                             Telephone: (617) 526-6000
                                               Facsimile: (617) 526-5000

24                                             *Attorneys for Defendant and Counterclaim-*
                                               *Plaintiff Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system on May 24, 2017 on counsel of record for Core Wireless Licensing S.A.R.L. I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 24, 2017

                               */s/ Joseph J. Mueller*

                               Joseph J. Mueller