RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Benjamin T. Wang (CA SBN 228712)
Email: bwang@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Adam S. Hoffman (CA SBN 218740)
Email: ahoffman@raklaw.com
Neil A. Rubin (CA SBN 250761)
Email: nrubin@raklaw.com
Jacob R. Buczko (CA SBN 269408)
Email: jbuczko@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
CONVERSANT WIRELESS LICENSING, S.A.R.L.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONVERSANT WIRELESS LICENSING, S.A.R.L.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>APPLE INC.,<br><br>　　　　　　　Defendants. | Case No. 5:15-cv-05008-NC<br><br>Assigned to The Honorable Nathanael M. Cousins<br><br>**JOINT ADMINISTRATIVE MOTION TO BRING CERTAIN EVIDENCE PRESENTATION EQUIPMENT INTO THE COURTROOM**<br><br>**Hearing Date:  May 1, 2019**<br><br>**Time: 1:00 p.m.**<br><br>**Courtroom: 5** |

190426 Motion.docx

RUSS, AUGUST & KABAT

1  Plaintiff CONVERSANT WIRELESS LICENSING, S.A.R.L. ("CW") and Defendant APPLE INC. ("APPLE") (collectively the "Parties") respectively request the Court's permission to bring certain presentation equipment into the courtroom of the Honorable Nathanael M. Cousins for use during the hearing scheduled to begin at 1:00 p.m. on May 1, 2019. The equipment will include an ELMO, laptop computers, a projector, a screen, multiple monitors as well as related audio/video equipment, remote controls, assorted power cords, trial technician table and cables and laser pointers.

The Parties will use the equipment for presentations during the hearing. The parties will have access to the courtroom beginning at 11:00 a.m. on Wednesday, May 1, 2019, to set up and test the above equipment so that the parties will be prepared to proceed with the hearing as scheduled.

Respectfully submitted,

DATED: April 26, 2019                **RUSS, AUGUST & KABAT**

/s/ *Reza Mirzaie*
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Benjamin T. Wang (CA SBN 228712)
Email: bwang@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Adam S. Hoffman (CA SBN 218740)
Email: ahoffman@raklaw.com
Neil A. Rubin (CA SBN 250761)
Email: nrubin@raklaw.com
Jacob R. Buczko (CA SBN 269408)
Email: jbuczko@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*CONVERSANT WIRELESS LICENSING, S.A.R.L.*

Russ, August & Kabat

WILMER HALE

/s/ *Timothy Syrett*

**Joseph J. Mueller**
Email: joseph.mueller@wilmerhale.com
**Cynthia D. Vreeland**
Email: cynthia.vreeland@wilmerhale.com
**Kathryn Zalewski**
Email: kathryn.zalewski@wilmerhale.com
**Katie Marie Saxton, Esq.**
Email: kate.saxton@wilmerhale.com
**Mark Daniel Selwyn**
Email: mark.selwyn@wilmerhale.com
**Richard W O'Neill**
Email: richard.oneill@wilmerhale.com
**Timothy Syrett**
Email: timothy.syrett@wilmerhale.com
WHAppleServiceList-CoreWirelessNDCalCases@wilmerhale.com

Attorneys for Defendant
*APPLE INC*.

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant Civil L.R. 5-1(i)(3), I attest that counsel for Apple Inc., on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Reza Mirzaie*

Dated:  April 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2019, I caused the foregoing **JOINT ADMINISTRATIVE MOTION TO BRING CERTAIN EVIDENCE PRESENTATION EQUIPMENT INTO THE COURTROOM** to be served on all parties who have appeared at the addresses indicated below by Electronic Mail with written consent under Fed. R. Civ. P. 5(b)(2)(E).

Dated: April 26, 2019            */s/* Reza Mirzaie
                                       Reza Mirzaie

Russ, August & Kabat