UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONVERSANT WIRELESS LICENSING S.A.R.L.,, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.15-cv-05008-NC <br><br> **JUDGMENT** |

In accordance with the Federal Circuit's December 26, 2018, mandate and this Court's May 10, 2019, order granting Apple's motion for a finding of unenforceability of U.S. Patent No. 6,477,151, judgment is entered in favor of defendant Apple, Inc. and against plaintiff Conversant Wireless Licensing, S.A.R.L. with respect to issues on remand from the Federal Circuit. The clerk is ordered to terminate case No. 15-cv-5008-NC.

**IT IS SO ORDERED.**

Dated: May 10, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge